# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR441 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| WILLIE B. HAYNES, | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 93);

2. Upon initial review, the Court summarily denies the Defendant's § 2255 motion (Filing No. 93) as untimely; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 31st day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge